**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION** |
| | ) | **FOR BOND REVIEW** |
| vs. | ) | |
| | ) | |
| Michael Raymond Walker, | ) | |
| | ) | Case No: 4:13-cr-105 |
| Defendant. | ) | |

Before the court are defendant Michael Raymond Walker's "Motion for Bond Review" and "Motion for Hearing" filed October 22, 2014. Defendant has been detained since he was arrested in April 2014. In May 2014, defendant filed a motion for bond review that raised essentially the same arguments as the motion now before the court.

Pursuant to 18 U.S.C. § 3142, a detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." Defendant has not identified any change in circumstance or new information that warrants review of his detention status, and detention remains appropriate for the reasons given following defendant's detention hearing and in the court's order denying defendant's previous motion for bond review. Accordingly, defendant's motions for bond review (Docket No. 279) and motion for hearing (Docket No. 281) are **DENIED**.

1

Dated this 30th day of October, 2014.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court